United States Bankruptcy Court

Central District of California

Dye,

    Plaintiff

Galaxy Investment Capital, Inc.,

    Defendant

Adv. Proc. No. 23-01226-WB

# CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 21, 2023 | Form ID: pdf031 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Phillip A Martin, Fultz Maddox Dickens PLC, 101 South Fifth St, 27th Fl, Louisville, KY 40202-3067 |
| pla | + | Carolyn A Dye, Law Office of Carolyn A Dye, 15030 Ventura Blvd. Suite 527, Sherman Oaks, CA 91403-5470 |
| dft | + | Galaxy Investment Capital, Inc., 81 N Mentor Ave., Pasadena, CA 91106-1740 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carolyn A Dye (TR) | trustee@cadye.com c197@ecfcbis.com;atty@cadye.com |
| Jonathan Boustani | on behalf of Defendant Galaxy Investment Capital  Inc. jboustani@btlaw.com, slmoore@btlaw.com |
| Leonard Pena | on behalf of Plaintiff Carolyn A Dye lpena@penalaw.com  penasomaecf@gmail.com;penalr72746@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Wendy D Brewer | |

District/off: 0973-2                                    User: admin                                          Page 2 of 2
Date Rcvd: Nov 21, 2023                              Form ID: pdf031                                   Total Noticed: 3

on behalf of Defendant Galaxy Investment Capital  Inc. wbrewer@fmdlegal.com


TOTAL: 5

Jonathan J. Boustani (SBN 274748)
Jonathan.boustani@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:   (310) 284-3879
Facsimile:    (310) 284-3894

Wendy D. Brewer (IN 22669-49)
*Admitted pro hac vice*
**FULTZ MADDOX DICKENS, PLC**
333 N. Alabama Street, Suite 350
Indianapolis, IN 46204
Telephone:  (317) 567-9048
E-mail:  wbrewer@fmdlegal.com

Attorneys for Defendant
*Galaxy Investment Capital, Inc.*

**FILED & ENTERED**

**NOV 21 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re:

URBAN COMMONS, LLC,

      Debtor.

Case No. 2:21-bk-13523-WB

Chapter 7

Adv. Proc. No. 2:23-ap-01226-WB

CAROLYN A. DYE, Chapter 7 Trustee,

      Plaintiff,

v.

GALAXY INVESTMENT CAPITAL, INC.,

      Defendant.

**ORDER ON MOTION TO DISMISS CLAIMS AGAINST GALAXY INVESTMENT CAPITAL, INC.**

The *Motion to Dismiss Claims Against Galaxy Investment Capital, Inc.* filed by Defendant Galaxy Investment Capital, Inc. [Dkt. No. 11] (the "Motion") came on for hearing on October 31, 2023 at 2:00 p.m. before the Honorable Julia W. Brand in Courtroom 1375 of the United States Bankruptcy Court, located at 255 E. Temple Street, Los Angeles, California 90012.  Appearances were waived.

The Court, having read and considered the *Complaint for (1) Avoidance and Recovery of Fraudulent Transfers, (2) Preservation of Fraudulent Transfers, and (3) Disallowance of Claims* [Dkt. No. 1] (the "Complaint"), the Motion, and related pleadings, no opposition having been filed, Plaintiff Carolyn A. Dye, Chapter 7 Trustee having filed a *Notice of Non-Opposition* [Dkt. No. 19],  and finding that the Complaint is a mere recitation of the elements of the causes of action and fails to sufficiently state a claim for which relief can be granted,  IT IS HEREBY ORDERED that the Motion is GRANTED without leave to amend and that this adversary proceeding is DISMISSED.

###

Date: November 21, 2023

Julia W. Brand
United States Bankruptcy Judge

-2-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2029 Century Park East, Suite 300, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **ORDER ON MOTION TO DISMISS CLAIMS AGAINST GALAXY INVESTMENT CAPITAL, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Phillip A Martin**
Fultz Maddox Dickens PLC
101 South Fifth St, 27th Fl
Louisville, KY 40202-3116

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Julia W. Brand
United States Bankruptcy Court
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1382
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Jonathan Boustani**   jboustani@btlaw.com, slmoore@btlaw.com
- **Wendy D Brewer**   wbrewer@fmdlegal.com
- **Carolyn A Dye (TR)**   trustee@cadye.com, c197@ecfcbis.com;atty@cadye.com
- **Leonard Pena**   lpena@penalaw.com, penasomaecf@gmail.com;penalr72746@notify.bestcase.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.